IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE, EASTERN DIVISION

WILLIAM VADEN, VADEN FARMS, INC.,
MARY LEE VADEN by WILLIAM VADEN as
POWER OF ATTORNEY and JERRY VADEN,

    Plaintiffs,

vs.                                              No.: 1-05-1069 – T An

BETSY WADDELL,
UNION PLANTERS BANK, N.A.,
UNION PLANTERS INSURANCE AGENCY,
INC., and FIREMAN'S FUND
AGRIBUSINESS, INC.,

    Defendants.

## ~~PROPOSED~~ ORDER GRANTING
## MOTION FOR EXTENSION OF TIME TO ANSWER
## OR OTHERWISE PLEAD TO THE COMPLAINT

For good cause shown, the Motion of the Defendants Union Planters Bank N.A., and Union Planters Insurance Agency, Inc. for an extension to and including April 30, 2005 to answer or otherwise plead to the Complaint is granted.

It is so ordered.

*S. Thomas Anderson USMJ*
UNITED STATES DISTRICT JUDGE OR
UNITED STATES MAGISTRATE JUDGE

This order was prepared by:

STOKES BARTHOLOMEW EVANS & PETREE, P.A.
John McQuiston, II  #7806
1000 Ridgeway Loop Road, Suite 200
Memphis, Tennessee 38120
Phone: (901) 525-6781
Fax (901) 525-9458

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 04-18-05



## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served upon Houston Gordon and Kim Linville, attorneys for the plaintiff, 114 W. Liberty Avenue, Suite 300, Covington, Tennessee 38019, and Jerry D. Kizer, Jr., Rainey, Kizer, Reviere & Bell, P.L.C., 105 Highland Avenue South, P.O. Box 1147, Jackson, Tennessee 38302-1147, attorney for Defendant Betsy Waddell, via: U.S. Mail, postage prepaid, this the _7_ day of _____, 2005.

_____
John McQuiston II

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 1:05-CV-01069 was distributed by fax, mail, or direct printing on April 18, 2005 to the parties listed.

---

J. Houston Gordon
LAW OFFICES OF J. HOUSTON GORDON
114 W. Liberty Ave.
Ste. 300
Covington, TN 38019--084

Jerry D. Kizer
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

John McQuiston
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Kim Linville
LAW OFFICES OF J. HOUSTON GORDON
114 W. Liberty Ave.
Ste. 300
Covington, TN 38019--084

Honorable James Todd
US DISTRICT COURT