37800/05019-JDK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE, EASTERN DIVISION

| | |
|---|---|
| WILLIAM VADEN, VADEN FARMS, INC., MARY LEE VADEN by WILLIAM VADEN as POWER OF ATTORNEY and JERRY VADEN, <br><br> Plaintiffs, <br><br> v. <br><br> BETSY WADDELL, UNION PLANTERS BANK, N.A., UNION PLANTERS INSURANCE AGENCY, INC., and FIREMAN'S FUND AGRIBUSINESS, INC., <br><br> Defendants. | No. 1-05-1069 - T/An |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO MOVE, PLEAD OR OTHERWISE RESPOND TO THE COMPLAINT

For good cause shown, the Motion of the Defendants Betsy Waddell, Union Planters Bank, N.A., and Union Planters Insurance Agency, Inc., for an extension to and including May 30, 2005, to answer or otherwise plead to the Complaint is granted.

IT IS SO ORDERED.

*S. Thomas Anderson USMJ*
UNITED STATES DISTRICT JUDGE OR
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on  5/05/05



37800/05019-JDK

This order was prepared by:

RAINEY, KIZER, REVIERE & BELL, P.L.C.
Jerry D. Kizer, Jr.          (BPR # 007652)
Mary M. Petrinjak       (BPR # 022541)
105 S. Highland Avenue
Jackson, TN 38301
(731) 423-2414 – Phone
(731) 426-8111 – Fax


John W. McQuiston II    (BPR # 007806)
Stokes, Bartholomew, Evans & Petree
1000 Ridgeway Loop Road, Suite 200
Memphis, TN 38120
(901) 525-6781 - Phone
(901) 521-0681 - Fax


## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of this pleading or document was served upon counsel for all parties by mailing postage prepaid or by delivery to the person or office of such counsel.

| | |
|---|---|
| J. Houston Gordon | Jeffery S. Dilley |
| Kimberly E. Linville | Henke-Bufkin, PA |
| Law Offices of J. Houston Gordon | 408 Hopson Street |
| P. O. Box 846 | Lyons, MS 38645 |
| Covington, TN 38019 | P.O.Box 39 |
| | Clarksdale, MS 38614-0039 |
| *Attorneys for Plaintiffs* | |
| | *Attorney for Defendant Fireman's Fund* |

This the __27__ day of April, 2005.

_____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 1:05-CV-01069 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

Jerry D. Kizer
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

J. Houston Gordon
LAW OFFICES OF J. HOUSTON GORDON
114 W. Liberty Ave.
Ste. 300
Covington, TN 38019--084

Jeffrey S. Dilley
HENKE-BUFKIN
P.O. Box 39
Clarksdale, MS 38614

Mary Margaret Petrinjak
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Kim Linville
LAW OFFICES OF J. HOUSTON GORDON
114 W. Liberty Ave.
Ste. 300
Covington, TN 38019--084

John McQuiston
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Honorable James Todd
US DISTRICT COURT