IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE

WILLIAM VADEN, VADEN FARMS, INC., :
MARY LEE VADEN by WILLIAM VADEN as :
POWER OF ATTORNEY and JERRY VADEN :
:
Plaintiffs, :
:
vs. : No. 1-05-1069-T An
:
BETSY WADDELL, :
UNION PLANTERS BANK, N.A., :
UNION PLANTERS INSURANCE AGENCY, :
INC., and FIREMAN'S FUND :
AGRIBUSINESS, INC. :
:
Defendants. :

## ORDER OF DISMISSAL WITH PREJUDICE

This cause came on to be heard upon the motion of the Plaintiffs in this cause, and

It appearing to the Court that this matter has been resolved and should be dismissed.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED by the Court that the Complaint in this cause be and the same is hereby dismissed with the costs of this cause being assessed against the Defendants.

SO ORDERED this the 18th day of July, 2005.

_____
U.S. DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 07-19-05

APPROVED FOR ENTRY:

LAW OFFICE OF J. HOUSTON GORDON

BY: *Kim E. Linville*
KIM E. LINVILLE
Attorney for Plaintiffs
114 W. Liberty Avenue, Suite 300
Covington, TN 38019

STOKES BARTHOLOMEW EVANS & PETREE

BY: *John McQuiston by Kel w/ perm*
JOHN MCQUISTON, II
Attorney for Union Planters Bank N.A. and
 Union Planters Insurance Agency
1000 Ridgeway Loop Road, Suite 200
Memphis, TN 38120

RAINEY, KIZER, REVIERE & BELL, P.L.C.

BY: *Mary Petrinjak by Kel w/ perm*
JERRY D. KIZER, JR.
MARY PETRINJAK
Attorney for Defendant, Betsy Waddell
105 Highland Ave. South
P.O. Box 1147
Jackson, TN 38302-1147

HENKE-BUFKIN

BY: *Jeffrey S. Dilley by Kel w/ perm*
JEFFREY S. DILLEY
Attorney for Defendant, Fireman's Fund
P.O. Box 39
Clarksdale, MS 38614

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 1:05-CV-01069 was distributed by fax, mail, or direct printing on July 19, 2005 to the parties listed.

---

J. Houston Gordon
LAW OFFICES OF J. HOUSTON GORDON
114 W. Liberty Ave.
Ste. 300
Covington, TN 38019--084

John McQuiston
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Kim Linville
LAW OFFICES OF J. HOUSTON GORDON
114 W. Liberty Ave.
Ste. 300
Covington, TN 38019--084

Jerry D. Kizer
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Mary Margaret Petrinjak
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Honorable James Todd
US DISTRICT COURT